RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 8/11/11
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| STEPHEN R. LINZAY | CIVIL DOCKET NO. 1:09-CV-617 |
| -vs- | JUDGE DRELL |
| UNITED STATES OF AMERICA obo<br>UNITED STATES POSTAL SERVICE | MAGISTRATE JUDGE KIRK |

## JUDGMENT

To be blunt, this is the kind of frivolous suit that gives frivolous suits a bad name. Plaintiff's employment history, in addition to including typical performance problems such as unexcused absenteeism and insubordination, is a litany of Plaintiff's hostile, abusive, and, unacceptable behavior. Throughout, Plaintiff's employer and union have afforded him every procedural and legal scruple and protection imaginable, but Plaintiff has persisted in his behavior. Therefore, we agree entirely with the Magistrate Judge's application of the *McDonnell Douglas* and related standards in finding that Plaintiff cannot establish he was terminated due to illegal employment discrimination.

Accordingly, after a de novo review of the record, and after an independent consideration of Plaintiff's objections and all of the parties' filings:

IT IS ORDERED that the Report and Recommendation, (Doc. 45), is ADOPTED, without reservation or modification;

IT IS FURTHER ORDERED that Defendant's motion for summary judgment, (Doc. 37) is GRANTED; and finally

IT IS ORDERED that Plaintiff's complaint and all of Plaintiff's claims are DISMISSED, with prejudice.

SIGNED on this 11th day of August, 2011, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE